UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

RICHARD A. SINGER and,
MARY C. SINGER,

Chapter 11
Case No.: 16-10368-MJK

SSN: xxx-xx-2881
SSN: xxx-xx-8417

Debtors.

DEBTORS' STATEMENT THAT CHAPTER 11 PLAN HAS BEEN
SUBSTANTIALLY CONSUMMATED AND MOTION FOR FINAL DECREE

The statement and motion of Richard A. Singer and Mary C. Singer, debtors herein, respectfully represent;

1. That on December 2, 2016, this Court duly made its order confirming the Chapter 11 Plan of Reorganization proposed by the Debtors and directing the execution and consummation of said Plan.

2. Said Plan has been substantially consummated in that:
(Set forth facts to show substantial consummation of the plan)

**The Debtors have paid the partially secured claim in Class 3. The Debtors have made initial distributions to secured claims in Classes 1, 2, 4, 5 and 6. The Debtors have also made their initial distributions to administrative and priority tax creditors and to unsecured claims in Class 7.**

WHEREFORE, the Debtors pray that this Court make and enter its final decree closing this case.

Dated: January 3, 2017

/s/ Richard A. Singer
Signature

Richard A. Singer
Printed Name and Title

/s/ Mary C. Singer
Signature

Mary C. Singer
Printed Name and Title

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    RICHARD A. SINGER and,
    MARY C. SINGER,

Chapter 11
Case No.: 16-10368-MJK

SSN: xxx-xx-2881
SSN: xxx-xx-8417

Debtors.

**DEBTORS' POST-CONFIRMATION REPORT AND ACCOUNT IN A CHAPTER 11 CASE**

The Post-Conformation Report and Account of Richard A. Singer and Mary C. Singer shows and alleges that:

| | | | Paid to Date | Balance Due |
|---|---|---|---|---|
| I. | | PRIORITY PAYMENTS OF NON-OPERATING ADMINISTRATIVE EXPENSES §507(a)(1) | | |
| | A. | Trustee (Chapter 11) Commissions (Do not report UST quarterly fees on this line.) | $N/A | $N/A |
| | B. | Accountant's Fee | $N/A | $N/A |
| | C. | Attorney's fees for Creditor's Committee | $N/A | $N/A |
| | D. | Auctioneer's Fees | $N/A | $N/A |
| | E. | Attorneys' Fees for Chapter 11 Trustee | $N/A | $N/A |
| | F. | Attorneys' Fees for Debtor | $9,694.73 | $0.00 |
| | G. | Other Professionals' Fees (specify) | $N/A | $N/A |
| | H. | Taxes, Fines, Penalties, etc. (§503(b) (1) (B) & (C)) | $N/A | $N/A |
| | I. | Other Non-Operating Expenses of Administration (specify) | $N/A | $N/A |
| | J. | Clerk, U.S. Bankruptcy Court – CONTACT COURT FOR AMOUNT DUE | $N/A | $N/A |
| | K. | Appraiser's Fees | $N/A | $N/A |

| | | | % Payment provided in plan | Total Amount of claims allowed | Paid to Date | Balance Due |
|---|---|---|---|---|---|---|
| II. | OTHER PRIORITY EXPENSES | | | | | |
| | A. | Post involuntary Petition, Pre-Relief, etc. claims [§507(a)(2)] | N/A | | | |
| | B. | Wages, etc. [§507(a)(3)] | N/A | | | |
| | C. | Contributions to Employee Benefit Plans [§507(a)(4)] | N/A | | | |
| | D. | Deposits for Undelivered Service of Property [§507(a)(5)] | N/A | | | |
| | E. | Taxes [§507(a)(8)] | 100% | $25,265.91 | $575.66 | $24,690.25 |
| III. | PAYMENTS TO CREDITORS | | % Payment provided in plan | Total Amount of claims allowed | Paid to Date | Balance Due |
| | A. | Holders of Secured Claims: | | | | |
| | | (1) Class __1__ *(CitiMortgage, Inc.)* | 100% | $194,504.00 | $16,330.58 | $178,173.42 |
| | | (2) Class __2__ *(Kaleida Health FCU - Mortgage)* | 100% | $2,754.91 | $1,594.60 | $1,160.31 |
| | | (3) Class __3__ *(Kaleida Health FCU - Line of Credit)* | 100% | $529.04 | $529.04 | $0.00 |
| | | (4) Class __4__ *(BMW Financial Services)* | 100% | $15,450.71 | $5,036.50 | $10,414.21 |
| | | (5) Class __5__ *(American Honda Finance)* | 100% | $27,123.39 | $2,976.00 | $24,147.39 |
| | | (6) Class __6__ *(Internal Revenue Service)* | 100% | $11,023.87 | $235.39 | $10,788.48 |
| | B. | Holders of Unsecured Claims: | | | | |
| | | (1) Class __7__ | 20% | $301,026.14 | $6,000.00 | $54,000.00 |

C.  Attach statement listing each class
    of equity holders and amount(s) paid
    to each and every class of equity holders.
    If no equity holders, please indicate such.

    **N/A**.

D.  Exemptions Claimed by Debtors and
    not disallowed                                      $145,528.88

E.  Other Distributions                                 N/A

    **The Plan does not provide for any other distributions.**

F.  Surplus Returned to Debtors                         N/A

IV. TRUSTEE DISBURSEMENTS

A.  Portion of Total Distribution other
    than surplus (III-F), exemptions, or
    other monies paid to the debtors
    disbursed by Chapter 11 Trustee.                    N/A

B.  Operating Expenses Disbursed by
    Chapter 11 Trustee                                  N/A

V.  VALUE OF CERTAIN ABANDONED OR EXEMPT PROPERTY

Value of Abandoned Property or property set apart
as exempt on which a security was attached.            $ N/A

VI. ESTIMATED DATE OF FINAL PAYMENT UNDER PLAN:

                    June                    2021
                   (month)                 (year)

VII. SPECIFY OTHER RELEVANT ACTION TAKEN AND PROGRESS MADE IN CONSUMMATION OF PLAN BELOW AND ON ATTACHMENTS:

**The Debtors have paid the partially secured claim in Class 3. The Debtors have made initial distributions to secured claims in Classes 1, 2, 4, 5 and 6. The Debtors have also made their initial distributions to administrative and priority tax creditors and to unsecured claims in Class 7.**

**CERTIFICATION**

We, Richard A. Singer and Mary C. Singer, the debtors, certify under penalty of perjury that the information contained in the Post-Confirmation Report is truthful, complete and accurate to the best of our knowledge; and that this report has been duly transmitted to the court as required by the Local Rules of the Court.

Dated: January 3, 2017          Signed: /s/ Richard A. Singer
                                Printed Name and Title: Richard A. Singer
                                Signed: /s/ Mary C. Singer
                                Printed Name and Title: Mary C. Singer
                                Business phone: